**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Rosendo ARIAS–SAMANO,**
**Defendant–Appellant.**

**No. 14–40891**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rosendo Arias–Samano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Arias–Samano has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Arias–Samano's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Arias–Samano's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Arias–Samano's motion for the appointment of new counsel is DENIED,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Arias–Samano's motion for an extension of time is DENIED as moot.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.